IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bivona, Mark W | Case Number: 03 B 49908 |
|---|---|---|
| | Bivona, Tammy | Judge: Goldgar, A. Benjamin |
| | Printed: 7/1/08 | Filed: 12/11/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 30, 2008
Confirmed: February 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 66,135.44 | |
| Secured: | | 55,929.60 |
| Unsecured: | | 4,762.32 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 3,443.52 |
| Other Funds: | | 0.00 |
| Totals: | 66,135.44 | 66,135.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 13,116.84 | 10,133.94 |
| 4. | Americredit Financial Ser Inc | Secured | 27,075.18 | 27,075.18 |
| 5. | Americredit Financial Ser Inc | Secured | 18,720.48 | 18,720.48 |
| 6. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 4,762.32 | 4,762.32 |
| 8. | Christ Hospital | Unsecured | | No Claim Filed |
| 9. | Cross Country Bank | Unsecured | | No Claim Filed |
| 10. | Capital One Card Center | Unsecured | | No Claim Filed |
| 11. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 12. | First Recovery | Unsecured | | No Claim Filed |
| 13. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 14. | Midwest Oral & Maxillofacial | Unsecured | | No Claim Filed |
| 15. | Womens Healthcare Center | Unsecured | | No Claim Filed |
| 16. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 17. | The Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Radiation Medicine/EH-GB Svcs | Unsecured | | No Claim Filed |
| 19. | Midland Credit Management | Unsecured | | No Claim Filed |
| | | | $ 65,674.82 | $ 62,691.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 542.85 |
| 4% | 185.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bivona, Mark W                               Case Number:  03 B 49908
          Bivona, Tammy                              Judge:  Goldgar, A. Benjamin
          Printed:  7/1/08                                Filed:  12/11/03

| | |
|---:|---:|
| 6.5% | 689.75 |
| 3% | 116.25 |
| 5.5% | 749.05 |
| 5% | 224.03 |
| 4.8% | 910.58 |
| 5.4% | 25.02 |
| | _____ |
| | $ 3,443.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

